USDC SCAN INDEX SHEET

Case 3:00-cv-02054-IEG-LAB   Document 120   Filed 05/09/02   Page 1 of 2

















JAH    5/9/02    14:38

3:00-CV-02054    GULF UNDERWRITERS V. BUILDERS FINANCIAL

*120*

*CLKJGM.*

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Gulf Underwriters Insurance Company

V.

Builders Financial Group

**FILED**
MAY - 9 2002
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:    00-cv-2054-IEG(LAB)

[ ]  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court finds that Gulf is not entitled to recission of the Builders Financial Group insurance policy. It is ordered that judgment for Builders Financial Group be entered on Gulf's recission claim.

| May 9, 2002 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | J. Haslam  *(signature)* |
| | (By) Deputy Clerk |

ENTERED ON May 9, 2002

20